FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Walker / K5384
(Last Name) / (Identification Number)

Tyrone / James
(First Name) / (Middle Name)

EMCF
(Institution)

Meridian MS 39307
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 2 2016
BY _____ ARTHUR JOHNSTON DEPUTY

V.

James Burke ETC AL

M H M Services Co Offices

MTC WCCF

MTC EMCF

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 5:16cv17-DCB-MTP
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes (X)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Delta Correctional Facility, Tyrone Bank, Rick Banks

2. Court (if federal court, name the district; if state court, name the county): Northern District of Mississippi

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Failed to file ARP, Moot

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Tyrone Walker    Prisoner Number: K53384

Address: East Mississippi Correctional Facility Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: James Burks                                     is employed as Medical Doctor                                     at Wilkerson County Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Tyrone Walker    ADDRESS: EMCF 5 Bravo Bed 109 Meridian MS 39307

DEFENDANT(S):

| NAME | ADDRESS |
|---|---|
| James Walker | PO Box 1889 Woodville, MS 39669 |
| B. Rodriquez | PO Box 1889 Woodville, MS 39669 |
| Patty Wiley | PO Box 1889 Woodville, MS 39669 |
| Sergent Jenkins | PO Box 1889 Woodville MS 39669 |
| Sergent Jones | PO Box 1889 Woodville MS 39669 |
| Nurse Parker | PO Box 1889 Woodville MS 39669 |

Parties of complaint

① Warden Walker WCCF
Warden of security PO Box 1889
Woodville, MS 39669

② B. Rodriquez WCCF
Major - PO Box 1889
Cheif of security Woodvill, MS 39669

③ Patty Wiley W.C.C.F
Mental Heath counsler PO Box 1889
Woodville MS 39669

④ MHM services Corporate office
Centurion of MS
1593 Spring Mill Rd
Suite 600
Vienna Va 22182

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (X)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (X)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (X)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (X)   No ( ), if so, state the results of the procedure: __I filed A ARP But I was moved before I get the results__

F. If you are <u>not</u> an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## Statement of Fact

On February 25 2016 Dr. James Burk the M.D At W.C.C.F Beat my left leg with a IV pole in the process of doing so he broke it. This was going on while a Nurse Parker and officer Jenkins held me down while I was in full restraint. Nurse Parker works for MHM services corporate. officer Jenkins is A sergent for MTC they failed to stop this doctor from injering while I was down. I am suing MTC because the refuse to give me medical attention for 4 days while I suffered with a broken leg inside of A lockdown cell. MHM service is Also being sued because They is contracted by MTC which refused to give me medical attention for 2 weeks Before they sent me to E.M.C.F. Warden Walker is being sued because He To Hospital staff at Mcomb County not to put A Cast on my let but just splent it. he is Also being sued because he is the warden of security and fail to train officer properly. denig A medical issue, which I should been sent to the hospital that day Instead I was sent back to my cell without medical treatment.

(4)

Statement 2

I Arrived At EMCF from WCCF on Feburary 9 2016 I had been in a lockdown cell on a fire hazard zone were patient set fires All day. Officer dont count or do security check at all. I have filled out 4 to 6 sick calls complaining About being in untold pain to all of the officers to the nurses unit manger Also to mental health counslers. My leg is broken in 2 places and hurts real bad. the only medication I have recieved is Tegertal which I get from the psychiatric doctor And I dont get because the nurses wont do pill call. This is why EMCF is being Name in this suit That will be Amend upon cause

I declare under penalty of pregury that the forgoing statement is true and Correct

Tyrone J Walker
K5354
EMCF

I am seeking a jury trail

Signed this 19th day of February 2016

Tyrone J Walker K5584
EMCF Meridian, MS 39307

I declarer under penalty of prejury that the foregoing is true and correct

February 19 2016

Tyrone J Walker
_____
Signature of plaintiff